IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DANIEL ASHLEY WYNN,                    *

          Plaintiff                    *

vs.                                    *
                                          CASE NO. 4:12-CV-44 (CDL)
Officer RICKS and RUTLEDGE             *
STATE PRISON,
                                       *
          Defendants                   *
================================       *

ORDER ON RECOMMENDATION OF DISMISSAL

     This matter is before the Court pursuant to a recommendation of dismissal of Defendant Rutledge State Prison and a recommendation that the claims against Defendant Ricks not be dismissed at this time, which was filed by the United States Magistrate Judge on February 28, 2012.  No objection to this recommendation has been filed as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the recommendation of dismissal of Defendant Rutledge State Prison by the Magistrate Judge and makes it the order of this Court.  The claim against Defendant Ricks shall proceed.

     IT IS SO ORDERED, this 12th day of April, 2012.

                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE