```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

DANIEL ASHLEY WYNN,

      Plaintiff,        \*

vs.        \*

        CASE NO. 4:12-CV-44 (CDL)

Officer RICKS,     \*

      Respondents.     \*

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on January 29, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 28th day of February, 2013.

                                     s/Clay D. Land
                                     CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE